```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

CAROLINE NERO, JASMINE NERO,    )
and CHRISTIAN COPERLAND,        )
                                )
            Plaintiffs,          )            8:05CV86
                                )
      v.                         )
                                )
OMAHA HOUSING AUTHORITY, and    )            ORDER
BRAD ASHFORD,                   )
                                )
            Defendants.          )
                                )
```

The plaintiffs have filed a motion to amend their complaint. Filing 36. The defendants have not responded to this motion. I have reviewed plaintiffs' proposed amended complaint and conclude the motion should be granted.

IT THEREFORE HEREBY IS ORDERED: The plaintiffs' motion for leave to file an amended complaint, filing 36, is granted. The plaintiffs' amended complaint shall be filed on or before July 11, 2005.

DATED this 5th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge