IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, JASMINE NERO and CHRISTIAN COPERLAND, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV86 |
| v. | ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint motion to extend progression order deadlines, filing 41, is granted and,

1. Jury trial is continued to 9:00 a.m., March 6, 2006 for a duration of two trial days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Ferris v. First National, 4:04cv3286; and Monarch v. Cooper, 8:04cv519. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held February 21, 2006 at 9:00 a.m. in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. before the undersigned magistrate judge.

3. The deposition deadline is continued to February 7, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 8th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge