IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, JASMINE NERO, and CHRISTIAN COPERLAND, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV86 |
| v. | ) ) ) | |
| OMAHA HOUSING AUTHORITY, and BRAD ASHFORD, | ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from February 21 to **February 14, 2006 at 9:00 a.m.** in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge