```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

CAROLINE NERO, JASMINE NERO,    )
and CHRISTIAN COPERLAND,        )
                                )
          Plaintiffs,           )           8:05CV86
                                )
     v.                         )
                                )
OMAHA HOUSING AUTHORITY, and    )           ORDER
BRAD ASHFORD,                   )
                                )
          Defendants.           )
                                )
```

IT IS ORDERED:

Plaintiff's unopposed oral motion for continuance of the deadline for filing summary judgment motions is extended from February 7 to February 11, 2006.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge