```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children<br><br>             Plaintiffs,<br><br>    v.<br><br>OMAHA HOUSING AUTHORITY and BRAD ASHFORD,<br><br>             Defendants. | 8:05CV86<br><br><br>ORDER |

Pursuant to the court's memorandum and order of February 16, 2006, filing 79,

IT IS ORDERED:

Counsel are given until March 17, 2006 to confer and inform the undersigned of their joint, or if necessary, separate views on appropriate provisions for a new progression order.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge