```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

CAROLINE NERO, individually    )
and on behalf of JASMINE NERO  )
and CHRISTIAN COPERLAND,       )
minor children,                )         8:05CV86
                               )
          Plaintiffs,          )
                               )
     v.                        )         ORDER
                               )
OMAHA HOUSING AUTHORITY and    )
BRAD ASHFORD,                  )
                               )
          Defendants.          )
```

Upon consideration of the stipulation filed by the parties, I conclude that because the principal discovery was completed before the final pretrial conference and before the court ruled on the pending motions for summary judgment, it is appropriate to allow some limited discovery and the filing of motions directed at the allegations of the second amended complaint.

   IT IS ORDERED:

   The stipulation of the parties, filing 82, is adopted in part and,

   1.  The parties are given until May 15, 2006 to conduct discovery related to the plaintiff's second amended complaint. If written discovery requests are made, they shall be served on or before May 1, 2006; responses to such requests shall be served within fourteen *calendar* days (i.e. two weeks) of the service of the requests.  The discovery provisions of the court's earlier orders on progression, other than response times, shall apply to discovery authorized by this order.

   2.  Dispositive motions may be filed on or before May 31, 2006.  Responses to such motions, if filed, shall be filed fourteen *calendar* days (i.e. two weeks) after the filing of the motion.

3.  No additional pretrial conference is contemplated at this time, unless counsel request it.  Counsel shall confer regarding any amendments to the final pretrial order that may be needed to conform it to the issues, and shall file their stipulation regarding such amendments on or before May 31, 2006; if no agreement can be reached, motions to amend the pretrial order may be filed by May 31, 2006 and the response shall be filed within fourteen *calendar* days (i.e. two weeks) after the filing of the motion.

4.  Motions *in limine* are discouraged, but if necessary, may be filed on or before May 31, 2006.

5.  Trial is set to commence at 9:00 a.m. on August 7, 2006 for a duration of three days before the Hon. Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial briefs and proposed jury instructions shall be submitted to Judge Kopf on or before July 31, 2006.

DATED this 17th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge