IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) ) | 8:05CV86 |
| Plaintiff, | ) ) | **ORDER** |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants | ) | |

IT IS ORDERED that Defendants' motion in limine (filing 75), except to the extent already determined by the final pretrial order (filing 78), shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial (currently scheduled to commence August 7, 2006), unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

April 5, 2006.          BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge