IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLINE NERO, individually )<br>and on behalf of JASMINE NERO )<br>and CHRISTIAN COPERLAND, )<br>minor children, ) | 8:05CV86 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| OMAHA HOUSING AUTHORITY and )<br>BRAD ASHFORD, ) | |
| ) | |
| Defendants. ) | |

    The court has been advised by defendants' counsel that plaintiff does not object to the defendants' motion to continue trial, filing 94.

    IT THEREFORE HEREBY IS ORDERED,

    The motion, filing 94, is granted and trial is continued to 1:30 p.m. on September 25, 2006 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

    DATED this 3rd day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge