IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) ) | 8:05CV86 |
| Plaintiff, | ) ) | **ORDER** |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants | ) | |

The court having been advised that this case is settled,

IT IS ORDERED that Defendants' motion in limine (filing 75) is denied without prejudice.

September 22, 2006.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge