IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) ) | 8:05CV86 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 111) is granted, and the deadline for filing dismissal documents as provided in filing 109 is hereby extended to January 22, 2007.

November 17, 2006.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge