IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) | 8:05CV86 |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants. | ) | |

   IT IS ORDERED that the parties' second joint motion for an enlargement of time (filing 113) is granted, and, accordingly, that the deadline for filing dismissal documents as provided in filing 109 (as amended by filing 112) is hereby extended to February 22, 2007.

   January 22, 2007.                    BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge