IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) ) | 8:05CV86 |
| Plaintiff, | ) ) | **ORDER** |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 115) is granted, as follows:

1. The parties shall have until May 8, 2007, to file a joint stipulation for dismissal.

2. If a joint stipulation for dismissal is not filed by May 8, 2007, the court will dismiss this action <u>with prejudice</u> for Plaintiff's failure to prosecute this action and to comply with the terms of this order. <u>See</u> Fed. R. Civ. P. 41(b).

March 21, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge