IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, <br><br> Plaintiff, <br><br>v. <br><br>OMAHA HOUSING AUTHORITY and BRAD ASHFORD, <br><br> Defendants. | Case No. 8:05-cv-00086-RGK-DLP <br><br><br><br><br><br><br> STIPULATION FOR DISMISSAL |

COMES NOW Plaintiff, Caroline Nero, and Defendant, Omaha Housing Authority, each by and through undersigned counsel, and hereby inform the Court that the parties have settled the above-captioned matter and stipulate that Plaintiff's operative complaint herein should be dismissed with prejudice.

DATED this 8th day of May, 2007.

CAROLINE NERO, Plaintiff                    OMAHA HOUSING AUTHORITY, Defendant

By:*/s/Catherine Mahern*
   Catherine Mahern - #19939
   Abrahams Legal Clinic
   2120 Cass Street
   Omaha, Nebraska 68178
   (402) 280-3068 Telephone
   *Attorneys for Plaintiff*

By: */s/ D. C. Bradford*
   D. C. Bradford - #10402
   Justin D. Eichmann - #22405
   Bradford & Coenen
   First National Center
   1620 Dodge Street, Suite 1800
   Omaha, Nebraska 68102-1505
   (402) 342-4200 Telephone
   *Attorneys for Defendant*

CERTIFICATE OF SERVICE

 I hereby certify that on the 8th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

 Mr. D. C. Bradford
 Justin D. Eichmann
 Bradford & Coenen
 First National Bank Center
 1620 Dodge Street, Suite 1800
 Omaha, Nebraska 68102-1505

                */s/ Catherine Mahern*
                Catherine Mahern - #19939
                Abrahams Legal Clinic
                2120 Cass Street
                Omaha, Nebraska 68178
                (402) 280-3068 Telephone