IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLINE NERO, individually and on behalf of JASMINE NERO and CHRISTIAN COPERLAND, minor children, | ) ) ) ) ) | 8:05CV86 |
| Plaintiff, | ) ) | **JUDGMENT** |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) ) | |
| Defendants | ) | |

IT IS ORDERED that:

1. Pursuant to the joint stipulation filed by the plaintiff and the defendant Omaha Housing Authority (filing 117) and Fed. R. Civ. P. 41(a), all of the plaintiff's claims against said defendant are dismissed with prejudice.

2. Pursuant to the court's order that was entered on March 21, 2007 (filing 116) and Fed. R. Civ. P. 41(b), all of the plaintiff's claims against the defendant Brad Ashford are dismissed with prejudice for the plaintiff's failure to prosecute and to comply with the court's order.

3. The clerk of the court shall close the court file.

May 9, 2007

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge